## DOERNER et al. v. LAYTON et al.

No. 25662.    April 16, 1935.

Hugh Ownby and Stuart & Doerner, for plaintiffs in error.

Randolph, Haver, Shirk & Bridges and Duff & Manatt, for defendants in error.

PER CURIAM. A motion to dismiss has been filed which alleges that the same parties appellant herein are obtaining the very relief they seek in this court in the federal court, where a receiver is adjusting the claims of the parties litigant. This motion is not resisted. The appeal is therefore dismissed.